No. 989. Mansfield et ux. *v.* United States. Court of Claims. Certiorari denied. *Lloyd Fletcher* and *Scott P. Crampton* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Grant W. Wiprud* for the United States. ▉▉▉▉

No. 996. Warner *v.* Lieberman et al. C. A. 7th Cir. Certiorari denied. *Richard Dillon* for petitioner. *John F. Zimmermann* for respondents. ▉▉▉▉

No. 1018. Chanan Din Khan *v.* Barber, District Director, Immigration and Naturalization Service. C. A. 9th Cir. Certiorari denied. *Nathaniel S. Colley* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for respondent. ▉▉▉▉

No. 577, Misc. Duke *v.* United States. C. A. 9th Cir. Certiorari denied. *Stanley E. Sparrowe* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States. ▉▉▉▉

No. 616, Misc. Buono *v.* United States. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States. ▉▉▉▉

No. 612, Misc. Ballard *v.* United States. C. A. 9th Cir. Certiorari denied. *Thomas Whelan* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States. ▉▉▉▉